JOHN WALKER, as Administrator, etc., Respondent, v. HASKELL BROS. CORPORATION and Others, Appellants.— Motions for leave to appeal to Court of Appeals denied, with ten dollars costs.

MICHALINA WAWRZYNIAK, as Administrator, etc., Respondent, v. SAMUEL GREENFIELD, Appellant.— Motion granted and appeal dismissed, with costs.

CORA BELLE LUCE, as Administratrix, etc., Respondent, v. NEW YORK, CHICAGO AND ST. LOUIS RAILROAD COMPANY, Appellant.— Motion to dismiss appeal granted, unless appellant shall place the appeal on the March, 1924, term calendar.

TOWN OF TONAWANDA, Respondent, v. CITY OF BUFFALO, Appellant.— Motion to dismiss appeal granted, unless appellant shall place the appeal on the March, 1924, term calendar.

CECELIA HENIG, as Administratrix, etc., Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Motion to dismiss appeal granted, unless appellant shall place the appeal on the March, 1924, term calendar.

BENN KENYON, Respondent, v. FRED C. PEARSON, Appellant.— Appeal dismissed, with ten dollars costs, for the failure of the appellant to comply with order of this court entered December 5, 1923.

SALVATORE NOTARO, as Administrator, etc., Respondent, v. SAM J. WOLFE, Appellant.— Appeal dismissed unless appellant shall place the appeal on the March, 1924, term calendar.

JOHN H. MILLARD, Appellant, v. GEORGE PRITCHARD, Respondent.— Judgment and order affirmed, with costs. All concur.

EDWARD C. RANDALL, Appellant, v. GOULD COUPLER COMPANY, Respondent. — Judgment and order affirmed, with costs. All concur; Sears, J., not sitting.

PASQUALE MAGGIORE, an Infant, by JENNIE MAGGIORE, His Guardian ad Litem, Appellant, v. INTERNATIONAL RAILWAY COMPANY, Respondent.—Judgment and order affirmed, with costs. All concur.

PASQUALE MAGGIORE, Appellant, v. INTERNATIONAL RAILWAY COMPANY, Respondent.— Judgment and order affirmed, with costs. All concur.

GEORGE B. HUBBARD, Respondent, v. JOHN P. SOUTHER, Appellant.— Order affirmed, with costs, on the ground that we are not prepared to say that the trial justice did not properly exercise his discretion, although we cannot concur in that part of the opinion in which it is stated that it was a physical impossibility for the accident to have occurred in the manner claimed by the defendant. All concur.

GUY W. FERGASON, Respondent, v. CHARLES DUCHMANN, INC., Appellant.— Judgment affirmed, with costs. All concur.

ETHEL M. RADLEY and Another, Respondents, v. WESTERN NEW YORK UTILITIES CO., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur.

CURRY-O'REILLY COMPANY, Respondent, v. HOUSEL PACKING COMPANY, Appellant.— Judgment affirmed, with costs. All concur.

THOMAS GARBINSKY, Respondent, v. WILLIAM H. MEAGHER, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur.

PEOPLE'S GAS AND ELECTRIC COMPANY OF OSWEGO, Appellant, v. CITY OF OSWEGO and Others, Respondents. (Action No. 1.) — Motion for leave to appeal to Court of Appeals granted, and stay continued pending the appeal.